194

GRAVES, Presiding Judge.

The conviction is for the unlawful sale of intoxicating liquor in a dry area. The punishment assessed is a fine of $1,000 and confinement in the county jail for 183 days.

All matters of procedure appear regular. The record is before us without a statement of facts or bills of exception, in the absence of which no question is presented for review.

The judgment is affirmed.

No statement of facts or bills of exception are found in the record, and the proceedings appear to be regular.

The judgment is affirmed.

Opinion approved by the Court.

**WILLIAMS v. STATE.**
No. 26000.

Court of Criminal Appeals of Texas.
Nov. 5, 1952.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., Austin, for the State.

WOODLEY, Commissioner.

The conviction is for driving an automobile upon a public highway while intoxicated; the punishment, a fine of $100.

**BROADHEAD v. STATE.**
No. 26011.

Court of Criminal Appeals of Texas.
Nov. 5, 1952.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., Austin, for the State.